# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., | CIVIL ACTION NO. |
| *Plaintiff*, | 3:23-CV-02095 |
| v. | |
| SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, | JUDGE KAROLINE MEHALCHICK |
| *Defendants*. | |

## MOTION OF DEFENDANTS WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE AND ROBERT T. MCINTOSH TO DISMISS PLAINTIFF'S COMPLAINT

Defendants William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne, and Robert T. McIntosh (the "Individual Defendants") move to dismiss Plaintiff's Complaint, with respect to all claims asserted against the Individual Defendants (Counts I–III), for lack of personal jurisdiction, improper venue, and failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6). The grounds supporting this motion will be set forth in the Individual Defendants' supporting brief to be filed pursuant to Local Rule 7.5.

March 1, 2024                                             Respectfully Submitted,

*/s/ Robert L. Byer*
Robert L. Byer (PA 25447)
Christopher H. Casey (PA 50625)
Andrew John Rudowitz (PA 324201)
Emily Bley (PA 329197)
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone:  +1 215 979 1000
Fax: +1 215 979 1020
rlbyer@duanemorris.com
chcasey@duanemorris.com
ajrudowitz@duanemorris.com
ebley@duanemorris.com

*Counsel for Defendants*
*William J. Way, Carl Giesler, Jr.,*
*Christopher W. Lacy, John Kelly,*
*Colin O'Beirne and Robert T.*
*McIntosh*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., | : CIVIL ACTION NO. |
| *Plaintiff*, | : 3:23-CV-02095 |
| v. | : |
| SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, *Defendants*. | : JUDGE KAROLINE MEHALCHICK |

## CERTIFICATE OF NON-CONCURRENCE

I, Christopher Casey, certify pursuant to Local Civil Rule 7.1 that counsel for Defendants William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne, and Robert T. McIntosh sought concurrence in the foregoing Motion from counsel for Plaintiff. Counsel for Plaintiff responded that Plaintiff does not concur in the Motion.

March 1, 2024                                        */s/ Christopher Casey*

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2024, a copy of the foregoing was filed electronically through the Court's ECF System. Notice of this filing will be sent to all counsel of record and the parties may access this filing through the Court's ECF System.

*/s/ Robert L. Byer*