# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., | : CIVIL ACTION NO. |
| *Plaintiff,* | : 3:23-CV-02095 |
| v. | : |
| SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, | : JUDGE KAROLINE MEHALCHICK |
| *Defendants.* | : |

## **ORDER**

AND NOW, on this \_\_\_\_ day of _____, 2024, upon consideration of the Motion to Dismiss Plaintiff's Complaint filed by Defendants William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne, and Robert T. McIntosh, it is ORDERED that the Motion is GRANTED because _____.

It is FURTHER ORDERED that Plaintiff's Complaint is DISMISSED with respect to all claims asserted against Defendants William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne, and Robert T. McIntosh.

BY THE COURT:

_____
Hon. Karoline Mehalchick
United States District Judge