# TABLE OF CONTENTS

| | |
|---|---|
| Exhibit A | Declaration of William J. Way |
| Exhibit B | Declaration of Carl Giesler, Jr. |
| Exhibit C | Declaration of Christopher W. Lacy |
| Exhibit D | Declaration of John Kelly |
| Exhibit E | Declaration of Colin O'Beirne |
| Exhibit F | Declaration of Robert T. McIntosh |