EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLUEBECK HOLDINGS LTD., | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| | : | CIVIL ACTION NO. |
| v. | : | |
| | : | 3:23-CV-02095 |
| SWN PRODUCTION COMPANY, LLC, | : | |
| SOUTHWESTERN ENERGY | : | |
| COMPANY, SWN ENERGY SERVICES | : | |
| COMPANY, LLC, WILLIAM J. WAY, | : | |
| CARL GIESLER, JR., CHRISTOPHER | : | |
| W. LACY, JOHN KELLY, COLIN | : | |
| O'BEIRNE and ROBERT T. MCINTOSH, | : | |
| | : | |
| *Defendants.* | | |

## DECLARATION OF ROBERT T. MCINTOSH

Pursuant to 28 U.S.C. § 1746, Robert T. McIntosh declares as follows:

1.     I am over eighteen years of age, under no mental or legal disability, and competent to testify as to the matters set forth herein.

2.     I am Accounting Director of Southwestern Energy Company.

3.     My office is located at 10000 Energy Drive, Spring, Texas 77389.

4.     I do not reside in the Middle District of Pennsylvania, nor do I conduct any regular activity in the Middle District of Pennsylvania.

5.     I do not have any agents in the Middle District of Pennsylvania.

DM1\15044949.4

2

6.      I do not conduct any business affairs on my own behalf within the Middle District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March, 2024.

*/s/ Robert T. McIntosh*

DM1\15044949.4