IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., | CIVIL ACTION NO. |
| *Plaintiff,* | 3:23-CV-02095 |
| v. | |
| SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, | JUDGE KAROLINE MEHALCHICK |
| *Defendants.* | |

## MOTION OF DEFENDANTS TO TRANSFER VENUE

Defendants SWN Production Company, LLC ("SWN Production"), Southwestern Energy Company ("SEC"), and SWN Energy Services Company, LLC ("SWN") (the "Corporate Defendants") and Defendants William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne, and Robert T. McIntosh (the "Individual Defendants"), (collectively, "Defendants"), pursuant to 28 U.S.C. § 1404(a), move this Court, in the alternative to the Defendants' Motions to Dismiss Plaintiff's Complaint, to transfer venue of this case from the United States District Court for the Middle District of Pennsylvania to the United States District Court for the Southern District of Texas. The grounds supporting this motion will

be set forth in the Defendants' supporting brief to be filed pursuant to Local Rule 7.5.

March 1, 2024                                        Respectfully Submitted,

*/s/ Robert L. Byer*
Robert L. Byer (PA 25447)
Christopher H. Casey (PA 50625)
Andrew John Rudowitz (PA 324201)
Emily Bley (PA 329197)
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Telephone:  +1 215 979 1000
Fax: +1 215 979 1020
rlbyer@duanemorris.com
chcasey@duanemorris.com
ajrudowitz@duanemorris.com
ebley@duanemorris.com

*Counsel for Defendants*
*William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne and Robert T. McIntosh*

*/s/ Ronald L. Hicks*
Ronald L. Hicks, Jr. (PA 49520)
Carolyn B. McGee (PA 208815)
Cara L. Brack (PA 330369)
Nelson Mullins Riley & Scarborough LLP
6 PPG Place, Suite 700
Pittsburgh, Pennsylvania 15222
Telephone:  +1 412 730 3092
Fax: +1 412 567 9241

        ronald.hicks@nelsonmullins.com
        carolyn.mcgee@nelsonmullins.com
        cara.brack@nelsonmullins.com

        *Counsel for Defendants, SWN Production Company, LLC, Southwestern Energy Company, and SWN Energy Services Company, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., | : CIVIL ACTION NO. |
| *Plaintiff*, | : 3:23-CV-02095 |
| v. | : |
| SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, *Defendants.* | : JUDGE KAROLINE MEHALCHICK |

## CERTIFICATE OF NON-CONCURRENCE

I, Christopher Casey, certify pursuant to Local Civil Rule 7.1 that counsel for Defendants sought concurrence in the foregoing Motion from counsel for Plaintiff. Counsel for Plaintiff responded that Plaintiff does not concur in the Motion.

March 1, 2024                                         */s/ Christopher Casey*

## **CERTIFICATE OF SERVICE**

I certify that on March 1, 2024, a copy of the foregoing was filed electronically through the Court's ECF System. Notice of this filing will be sent to all counsel of record and the parties may access this filing through the Court's ECF System.

*/s/ Robert L. Byer*