# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., *Plaintiff*, v. SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, *Defendants*. | CIVIL ACTION NO. 3:23-CV-02095 JUDGE KAROLINE MEHALCHICK |

## **ORDER**

AND NOW, on this ____ day of _____, 2024, upon consideration of the Motion to Transfer Venue filed by Defendants SWN Production Company, LLC, Southwestern Energy Company, SWN Energy Services Company, LLC, William J. Way, Carl Giesler, Jr., Christopher W. Lacy, John Kelly, Colin O'Beirne, and Robert T. McIntosh, it is ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that this case, in its entirety, is TRANSFERRED to the United States District Court for the Southern District of Texas.

BY THE COURT:

_____
Hon. Karoline Mehalchick
United States District Judge