## **TABLE OF CONTENTS**

| | |
|---|---|
| Exhibit A | Declaration of William J. Way |
| Exhibit B | Declaration of Carl Giesler, Jr. |
| Exhibit C | Declaration of Christopher W. Lacy |
| Exhibit D | Declaration of John Kelly |
| Exhibit E | Declaration of Colin O'Beirne |
| Exhibit F | Declaration of Robert T. McIntosh |
| Exhibit G | Declaration of Bethany Wilson on behalf of the Corporate Defendants |
| Exhibit H | Declaration of Christopher W. Lacy on behalf of the Corporate Defendants |

DM1\15071032.1