EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH,<br><br>*Defendants*. | CIVIL ACTION NO.<br><br>3:23-CV-02095 |

## DECLARATION OF CHRISTOPHER W. LACY

Pursuant to 28 U.S.C. § 1746, Christopher W. Lacy declares as follows:

1. I am over eighteen years of age, under no mental or legal disability, and competent to testify as to the matters set forth herein.

2. I am Senior Vice President, General Counsel, and Corporate Secretary of Southwestern Energy Company, SWN Production Company and SWN Energy Services Company.

3. My office is located at 10000 Energy Drive, Spring, Texas 77389.

4. I do not reside in the Middle District of Pennsylvania, nor do I conduct any regular activity in the Middle District of Pennsylvania.

DM1\15044946.6

5. I do not have any agents in the Middle District of Pennsylvania.

6. I do not conduct any business affairs on my own behalf within the Middle District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March, 2024.

/s/ Christoper W. Lacy