EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLUEBECK HOLDINGS LTD., | |
| *Plaintiff*, | |
| v. | CIVIL ACTION NO. 3:23-CV-02095 |
| SWN PRODUCTION COMPANY, LLC, SOUTHWESTERN ENERGY COMPANY, SWN ENERGY SERVICES COMPANY, LLC, WILLIAM J. WAY, CARL GIESLER, JR., CHRISTOPHER W. LACY, JOHN KELLY, COLIN O'BEIRNE and ROBERT T. MCINTOSH, | |
| *Defendants.* | |

## DECLARATION OF COLIN O'BEIRNE

Pursuant to 28 U.S.C. § 1746, Colin O'Beirne declares as follows:

1. I am over eighteen years of age, under no mental or legal disability, and competent to testify as to the matters set forth herein.

2. I am Vice President and Controller of SWN Production Company, Southwestern Energy Company, and SWN Energy Services Company.

3. My office is located at 10000 Energy Drive, Spring, Texas 77389.

4. I do not reside in the Middle District of Pennsylvania, nor do I conduct any regular activity in the Middle District of Pennsylvania.

5. I do not have any agents in the Middle District of Pennsylvania.

DM1\15044948.4

2

6.  I do not conduct any business affairs on my own behalf within the Middle District of Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of March, 2024.

*/s/ Colin O'Beirne*